United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| CARLOS H. GONZALEZ, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 5:22-CV-116 |
| ZAPATA COUNTY *et al.*, | § § § |
| Defendants. | § § |

## ORDER

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff exercised his right to file a first amended complaint without leave (Dkt. No. 15). Because Plaintiff's original complaint has been superseded, the pending Rule 12(b)(6) motions to dismiss from Zapata County, Sheriff Raymundo Del Bosque, Jr., and Joseph Peña (Dkt. Nos. 5, 6, 7) are **DENIED AS MOOT**. The Court will address Rule 12(b)(6) motions as to the live pleadings only. If Zapata County, Sheriff Del Bosque, and Mr. Peña wish to reurge their Rule 12(b)(6) arguments, they must file their motions to dismiss no later than **March 14, 2023**.

It is so **ORDERED**.

**SIGNED** February 21, 2023.

*[signature]*
Marina Garcia Marmolejo
United States District Judge