United States District Court
Southern District of Texas

**ENTERED**
March 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Laredo | Case Number | 5:22-cv-00116 |
|---|---|---|---|

| Carlos H. Gonzalez |
|---|
| *versus* |
| Zapata County of Texas, Raymundo Del Bosque Jr, Joe Pena, Zapata County News and Karran Westerman |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Thomas J. Lyons Jr., Esq.<br>Consumer Justice Center P.A.<br>367 Commerce Court<br>Vadnais Heights, MN  55127<br>651-770-9707, tommy@consumerjusticecenter.com<br>MN 0249646 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff Carlos H. Gonzalez |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ✓    No ___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/28/2023 | Signed: | s/Thomas J. Lyons Jr. |
|---|---|---|

| The state bar reports that the applicant's status is: Active | | |
|---|---|---|
| Dated: 3/1/2023 | Clerk's signature | *Gaby Salinas* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 1, 2023

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

Carlos H. Gonzalez,

        Plaintiff,

v.

Zapata County of Texas, Raymundo Del
Bosque Jr, Joe Pena, Zapata County News,
and Karran Westerman,

        Defendants.

Civil Action No.: 5:22-cv-00116

---

**DECLARATION OF THOMAS J. LYONS JR. IN SUPPORT OF
APPLICATION TO APPEAR PRO HAC VICE**

I, Thomas J. Lyons, Jr., do hereby state as follows:

1. I am the founding partner of Consumer Justice Center P.A., 367 Commerce Court, Vadnais Heights, Minnesota 55127, Telephone: 651-770-9707, Email: tommy@consumerjusticecenter.com.

2. I am admitted to practice before and am a member in good standing of the Bar of the highest court of the State of Minnesota, where I regularly practice law. My Minnesota Bar No. is 0249646.

3. As background, I was initially licensed to practice law in the State of Minnesota on October 28, 1994.

4. I was a party to a disciplinary proceeding that suspended my law license from April 8, 2010, to April 8, 2011. See In re Lyons, 780 N.W. 2d 629 (Minn. 2010).

1

5. I reapplied for admission before the Minnesota Supreme Court and my petition for reinstatement was granted on December 21, 2011. See In re Lyons A11-0758.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I was reciprocally disciplined in the United States District Court for the District of Montana. See In re Lyons AD 10-05. I consented to the Montana Court's Order dated June 24, 2010, and consented to the suspension of my admission to the Bar of that Court to coincide with the time limits set by the Supreme Court of Minnesota.

8. I was reciprocally disciplined in the United States District Court for the District of Minnesota. See In re Lyons 11-mc-93 (MJD). I was suspended from the Minnesota Court and applied for reinstatement and my reinstatement was granted on March 15, 2012.

9. I have been re-admitted to practice in the following Courts since my suspension:
   - Supreme Court Minnesota;
   - U.S.D.C. Minnesota;
   - U.S.D.C. Western District of WI;
   - U.S.D.C. Eastern District of WI;
   - Southern District of Iowa – Pro Hac Vice;
   - Northern District of Iowa – Pro Hac Vice;
   - Middle District of Florida – Pro Hac Vice;
   - Northern District of California;
   - District of Illinois – pro hac vice;
   - Southern District of Indiana – pro hac vice;
   - U.S.D.C. North Dakota;
   - U.S.D.C. Central District of California – pro hac vice;
   - U.S.D.C. District of Colorado;
   - U.S.D.C. District of Rhode Island – pro hac vice;

- U.S.D.C. Middle District of North Carolina – pro hac vice;
- U.S.D.C. Southern District of New York – pro hac vice;
- U.S.D.C. Eastern District of New York – pro hac vice;
- U.S.D.C. Eastern District of Texas – pro hac vice; and
- U.S.D.C. Southern District of Texas – pro hac vice (*Smitherman v. Scott & Associates*, 4:18-cv-02759).

10. I am currently in good standing and eligible to practice in the above-referenced courts.

11. A current certificate of good standing from the State of Minnesota is attached to this Declaration as Exhibit A.

12. I have read and understand the local rules of the United States District Court for the Southern District of Texas and agree to comply with those rules.

13. I am intimately familiar with the above-captioned action.

I declare under penalty of perjury of the laws of the United States that the foregoing is correct.

Dated: 2/27/23

Respectfully submitted,

s/Thomas J. Lyons Jr.
Thomas J. Lyons, Jr., Esq.
Minnesota Attorney I.D. #: 0249646
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: 651-770-9707
Email: tommy@consumerjusticecenter.com

Case 5:22-cv-00166 Document 21 Filed on 03/01/23 in TXSD Page 3 of 5

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

THOMAS JOHN LYONS

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 1994

Given under my hand and seal of this court on

January 04, 2023

Emily J. Eschweiler, Director
Office of Lawyer Registration

EXHIBIT
A