United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **CARLOS H. GONZALEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:22-CV-116** |
| | § | |
| **ZAPATA COUNTY *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

The Court **SETS** a telephonic Status Conference for **September 8, 2023 at 9:00 a.m.** Plaintiff's counsel shall initiate a conference call with Defendant Karran Westerman and counsel for all Defendants and then proceed to call in to the Court at **(956) 790-1757**.

The Clerk of the Court is **DIRECTED** to promptly mail a copy of this Order to Defendant Karran Westerman by certified mail, return receipt requested, at the following address: 2765 South U.S. Highway 83, Zapata, Texas 78076. (*See* Dkt. No. 34).

It is so **ORDERED**.

**SIGNED** on August 29, 2023.

John A. Kazen
United States Magistrate Judge