**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CARLOS H. GONZALEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | **CIVIL ACTION NO. 5:22-CV-116** |
| | § | |
| **ZAPATA COUNTY, RAYMOND DEL BOSQUE, JR., JOE PENA, AND JAIME RENE RIVERA,** | § § § § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint, filed on October 9, 2023. (Dkt. No. 51). In the Certificate of Conference, Plaintiff states that this motion is opposed. (*Id.* at 4). Generally, a party has twenty-one days to respond to an opposed motion. *See* S.D. Tex. L.R. 7.3; J. Garcia Marmolejo Civ. Ct. P. 6(A)(4). However, "[t]he Court may in its discretion, on its own motion or upon application, entertain and decide any motion, shorten or extend time periods, and request or permit additional authority or supporting material." S.D. Tex. L.R. 7.8.

Therefore, if any of the Defendants in this case are opposed to Plaintiff's motion, they are **ORDERED** to file a response no later than **October 23, 2023**. Plaintiff's reply, if any, is due by **October 25, 2023**.

It is so **ORDERED**.

**SIGNED** on October 13, 2023.

_____
John A. Kazen
United States Magistrate Judge