United States District Court
Southern District of Texas
**ENTERED**
December 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CARLOS H. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:22-CV-116 |
| | § | |
| ZAPATA COUNTY *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court granted Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. Nos. 51, 55). Because Plaintiff's previous amended complaint (Dkt. No. 15) has been superseded, the Rule 12(b)(6) motions to dismiss it filed by Defendants Zapata County, Sheriff Raymundo Del Bosque, Jr., Joseph Peña, and Jaime Rene Rivera (Dkt. Nos. 25–28) are **DENIED AS MOOT**. The Court will address Defendants' Rule 12(b)(6) motions filed on November 20, 2023, in response to the live complaint only (Dkt. Nos. 57–60). Plaintiff's response to these motions is due by **December 11, 2023**. *See* J. Garcia Marmolejo, Civ. Ct. P. 6(a).

It is so **ORDERED**.

**SIGNED** December 1, 2023.

Marina Garcia Marmolejo
United States District Judge