United States District Court
Southern District of Texas
**ENTERED**
December 15, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| CARLOS H. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:22-CV-116 |
| | § | |
| ZAPATA COUNTY *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Withdrawal of Plaintiff's Motion for Leave to File Second Amended Complaint. (Dkt. No. 48). The Court interprets this notice of withdrawal as a motion to withdraw. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion to Withdraw Plaintiff's Motion for Leave to File Second Amended Complaint, (Dkt. No. 48). Plaintiff's Motion for Leave to File Second Amended Complaint, (Dkt. No. 45), is hereby **WITHDRAWN**.

It is so **ORDERED**.

**SIGNED** on December 15, 2023.

_____
John A. Kazen
United States Magistrate Judge