United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CARLOS H. GONZALEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:22-CV-116 |
| | § | |
| ZAPATA COUNTY, RAYMUNDO DEL BOSQUE, JR., JOE PEÑA, AND JOSE MARTINEZ | § § § | |

## ORDER ON CLOSING DOCUMENTS

Before the Court is the parties' Advisory to the Court Regarding Settlement of Lawsuit. (Dkt. No. 103). In their advisory, the parties notify the Court they have reached a settlement. (*Id.* at 1).

Accordingly, the Court **ORDERS** the parties to file closing documents that are in compliance with Fed. R. Civ. P. 41 (e.g., a stipulated dismissal signed by counsel for all parties or agreed Rule 41(a)(2) motion to dismiss) by **January 19, 2026**. In the event the parties are not able to finalize the closing documents within that time, they must file a motion to extend the deadline with a showing of good cause.

Additionally, the Court **TERMINATES** all active court settings and deadlines.

IT IS SO **ORDERED**.

**SIGNED** on this 5th day of December, 2025.

Christopher dos Santos
United States Magistrate Judge