United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **CARLOS H. GONZALEZ,** § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:22-CV-116 |
| § | |
| **ZAPATA COUNTY OF TEXAS, et al.,** § | |
| Defendants. § | |

## FINAL JUDGMENT

Before the Court is the parties' Joint Stipulation of Dismissal of All Claims with Prejudice by Plaintiff Carlos H. Gonzalez Against Defendants. (Dkt. No. 105). The joint stipulation provides that all parties stipulate to the dismissal of this case, with prejudice. (*Id.* at 1).

Plaintiff originally brought claims against Zapata County, Raymundo Del Bosque, Jr., Joe Peña, Jaime Rene Rivera, Zapata County News, and Karran Westerman. (Dkt. No. 15 at 6–7). On October 5, 2023, Plaintiff and Defendants Zapata County News and Westerman stipulated to dismiss Plaintiff's claims against Zapata County News and Westerman with prejudice. (Dkt. No. 49). Plaintiff then amended his complaint, naming Zapata County, Raymundo Del Bosque, Jr., Joe Peña, Jaime Rene Rivera, Carlo Garcia, and Joey Martinez as defendants. (Dkt. No. 56 at 7–8). On September 17, 2024, the Court entered a Memorandum Opinion and Order dismissing Plaintiff's claims against Carlo Garcia and Jaime Rene Rivera, (Dkt. No. 78 at 35), and those claims are **DISMISSED WITH PREJUDICE**. The remaining defendants in the case were Zapata County, Raymundo Del Bosque, Jr., Joe Peña, and Joey Martinez. On January 7, 2026, Plaintiff and the remaining defendants filed a joint stipulation of dismissal. (Dkt. No. 105).

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the joint stipulation states that all remaining parties stipulate to the dismissal of this case, with prejudice. (Dkt. No. 105 at 1).

Because the stipulation is signed by counsel for all remaining parties who have appeared in this case, Plaintiff's claims against Zapata County, Raymundo Del Bosque,

Jr., Joe Peña, and Joey Martinez, were **DISMISSED WITH PREJUDICE** effective upon the filing of the Stipulation of Dismissal. (Dkt. No. 105). *See Whittier v. Ocwen Loan Servicing, L.L.C.*, 128 F.4th 724, 727 (5th Cir. 2025) (citation modified) (explaining that a stipulated dismissal under Rule 41(a)(1)(A)(ii) is "'effective immediately' and renders subsequent action by the district court 'superfluous' with 'no force or effect'").

Following the Court's Memorandum Opinion and Order, (Dkt. No. 78), and the parties' stipulated dismissals, (Dkt. Nos. 49, 105), no live claims remain in this case.

The Clerk of the Court is hereby **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on January 9, 2026.

John A. Kazen
United States District Judge